UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHNNIE LEE TUCKER,

    Petitioner,

v.                                                            Case No. 20-C-406

JASON BENZEL,

    Respondent.

---

# ORDER

This matter is presently before the court on Respondent's motion to clarify or reconsider the court's June 30, 2024 Text Only Order denying Petitioner's motion for an extension of time and directing Respondent to provide Petitioner access to the surveillance video that he requested. Dkt. No. 41. Respondent's motion to clarity or reconsider (Dkt. No. 42) is hereby **GRANTED**. It is apparent from Respondent's motion that the surveillance video that Petitioner is requesting was not part of the record on appeal. If that is the case, the court will withhold ruling on whether Petitioner is entitled to such evidence until it completes its review of the record as it now stands.

    **SO ORDERED** at Green Bay, Wisconsin this <u>8th</u> day of July, 2024.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge